**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PHILIPPINE AIRLINES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11569 (SCC) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey T. Kucera, request admission, ***pro hac vice***, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, to represent Avation Pacific Leasing II Pte. Ltd., Nordic Aviation Leasing Twenty Three Pte. Ltd., and Nordic Aviation Leasing Twenty Four Pte. Ltd., in the above-referenced matter.

***I certify that I am a member in good standing*** of the bar in the State of Florida, and the United States Bankruptcy Courts for the Middle, Northern and Southern Districts of Florida.

---

[1] The Debtor in this chapter 11 case, along with its registration number in the Philippines, is Philippine Airlines, Inc., Philippine Securities and Exchange Commission Registration No. PW 37. The Debtor's corporate headquarters is located at PNB Financial Center, President Diosdado Macapagal Avenue, CCP Complex, Pasay City 1300, Metro Manila, Philippines.

1

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 21, 2021
Miami, Florida

Respectfully submitted,

**K&L GATES LLP**

/s/ *Jeffrey T. Kucera*
Jeffrey T. Kucera (FL Bar No. 68233)
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131-2399
Telephone: (305) 539-3322
Facsimile:  (305) 358-7095
E-mail: jeffrey.kucera@klgates.com

*Attorney for Avation Pacific Leasing II Pte. Ltd., Nordic Aviation Leasing Twenty Three Pte. Ltd., and Nordic Aviation Leasing Twenty Four Pte. Ltd.*