**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PHILIPPINE AIRLINES, INC.,[1] | Case No. 21-11569 (SCC) |
| Debtor. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey T. Kucera, to be admitted, ***pro hac vice***, to represent Avation Pacific Leasing II Pte. Ltd., Nordic Aviation Leasing Twenty Three Pte. Ltd., and Nordic Aviation Leasing Twenty Four Pte. Ltd. (collectively, the "Clients") in the above-referenced matter, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Florida, and the United States Bankruptcy Courts for the Middle, Northern and Southern Districts of Florida, it is hereby

**ORDERED**, that Jeffrey T. Kucera, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced matter to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York        /s/ _____
                             UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this chapter 11 case, along with its registration number in the Philippines, is Philippine Airlines, Inc., Philippine Securities and Exchange Commission Registration No. PW 37. The Debtor's corporate headquarters is located at PNB Financial Center, President Diosdado Macapagal Avenue, CCP Complex, Pasay City 1300, Metro Manila, Philippines.